```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 61128
   JOHN F MCKAY
   JANIS MCKAY                             CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-7176    SSN XXX-XX-7808
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/16/05 and confirmed on 02/16/06.

2. The case was converted to Chapter 7 after confirmation, 11/28/2006.

3. The Debtor paid a total of $   5438.75 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | 2853.21 | .00 | 1436.04 |
| WILL COUNTY TREASURER | SECURED | 1600.00 | .00 | 879.38 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 8396.79 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 472.67 | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 2277.51 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 7327.09 | .00 | .00 |
| DCP OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL LTD | UNSECURED | 147.30 | .00 | .00 |
| FINANCIAL CONTROL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MARIA SOSENKO MD | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS & PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS & PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EMERGENCY ASSOCI | UNSECURED | NOT FILED | .00 | .00 |

```
MIDWEST REHAB SERVICES      UNSECURED         745.00             .00            .00
NICOR GAS                   UNSECURED         175.31             .00            .00
OMNIUM WORLDWIDE INC        UNSECURED      NOT FILED             .00            .00
OSI COLLECTION SERVICES     UNSECURED      NOT FILED             .00            .00
AT&T WIRELESS               UNSECURED      NOT FILED             .00            .00
PARK DANSAN                 UNSECURED      NOT FILED             .00            .00
PROVENA ST JOSEPH MEDICA    UNSECURED        2262.47             .00            .00
PROGRESSIVE MANAGMENT SY    UNSECURED      NOT FILED             .00            .00
RMA                         UNSECURED      NOT FILED             .00            .00
SOUTHWEST INFECTIOUS DIS    UNSECURED      NOT FILED             .00            .00
ROBERT J ADAMS & ASSOC      REIMBURSEMENT    210.00              .00         210.00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED       PRIORITY    UNSECURED         OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 4453.21         210.00     21804.14           .00      26467.35
PRINCIPAL PAID     2315.42         210.00          .00           .00       2525.42
INTEREST PAID          .00            .00          .00           .00            .00
TOTAL PAID         2315.42         210.00          .00           .00       2525.42
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC       , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    213.33 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/23/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 05 B 61128 JOHN F MCKAY & JANIS MCKAY